IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

K'OLIN JE'VON BOYD                                                    PETITIONER

v.                                         CIVIL ACTION NO. 1:24-cv-231-TBM-RPM

JACKSON COUNTY ADULT
DETENTION CENTER                                                     RESPONDENT

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this date,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause is dismissed without prejudice.

**SO ORDERED AND ADJUDGED,** this the 18th day of March, 2025.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE